# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GALE A. CRAWFORD, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Civil No. 09-50-P-S |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 14) filed October 31, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **VACATED**, and the case is **REMANDED** for further proceedings consistent herewith.

/s/ George Z. Singal
United States District Judge

Dated this 23rd day of November, 2009.